# N.A.D.A. Official Used Car Guide
# Vehicle Valuation

Print Date: June 25, 2018

Customer:   Bell Jr, Milton
File No.:    EXFC-1204989

Vehicle Description:   2014 JEEP Patriot-4 Cyl. Utility 4D Latitude 2WD
VIN:                    1C4NJPFB1ED916433

## Base Values

Retail: $  12925.00              Wholesale/Trade-in: $  10375.00

## Optional Equipment/Adjustments

Estimated Miles    62500        $    0.00

## Total Adjusted N.A.D.A. Used Car Guide Values

Retail: $  12925.00              Retail/Wholesale Average: $  11650.00

Reference   06/2018 Central

Acct #: XXXXXXXXXXXX2504/1204989