# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

IN RE:  Milton C Bell, Jr.           )    Chapter 13
        Cynthia Y Bell               )    Case No. 18 B 17111
        Debtor(s)                    )    Judge A. Benjamin Goldgar

## Notice of Motion

Milton C Bell, Jr.                                    Debtor Attorney: David M Siegel
Cynthia Y Bell                                        via Clerk's ECF noticing procedures
1625 N Natchez Ave
Chicago, IL  60707

On October 22, 2019 at 10:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 642
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, September 24, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c][6], stating:

On June 15, 2018, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on September 04, 2018, for a term of 60 months with payments of $1,650.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 15 | $24,750.00 | $20,625.00 | $4,125.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 09/23/2019
Due Each Month: $1,650.00
Next Pymt Due: 10/15/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 01/24/2019 | TY OF CHICAGO | $825.00 | 02/11/2019 | TY OF CHICAGO | $825.00 |
| 02/26/2019 | TY OF CHICAGO | $825.00 | 03/11/2019 | TY OF CHICAGO | $825.00 |
| 03/26/2019 | TY OF CHICAGO | $825.00 | 04/10/2019 | TY OF CHICAGO | $825.00 |
| 04/24/2019 | TY OF CHICAGO | $825.00 | 05/09/2019 | TY OF CHICAGO | $825.00 |
| 05/24/2019 | TY OF CHICAGO | $825.00 | 06/11/2019 | TY OF CHICAGO | $825.00 |
| 06/25/2019 | TY OF CHICAGO | $825.00 | 07/10/2019 | TY OF CHICAGO | $825.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE